**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CORINNE GROVER,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**PORTFOLIO RECOVERY** )<br>**ASSOCIATES.,** )<br>)<br>**Defendant** ) | Case No.: **1:16-cv-11090-DPW** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: July 27, 2016

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 148
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 27th day of July, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

>Keith S, McGurgan, Esq.
>140 Corporate Boulevard
>Norfolk, VA 23502
>Phone: 757-321-2510
>Email: kmcgurgan@portfoliorecovery.com
>Attorney for the Defendant

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 148
>Facsimile: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for Plaintiff